1

**WO**

2

3

FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 3 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

9   United States of America,                    )    CR-07-00102-01-PHX-SRB

10                    Plaintiff,                  )

11   vs.                                          )

12   Paul Gaytan-Cano,                            )           **ORDER**

13                    Defendant.                  )

14   _____ )

15

16       A detention hearing and a preliminary revocation hearing on the Petition on

17   Supervised Release were held on January 28, 2009.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19   voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20   has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22   of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23   he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24   (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2  court.

3    DATED this 29Th day of Jan. , 2009.

Lawrence O. Anderson
United States Magistrate Judge